IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCARLETT R. MARTENS,

    Plaintiff,

vs.

COMMISSIONER of SOCIAL SECURITY,

    Defendant.

Civil No. 19-cv-519-DGW

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson (Doc. 27), the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Scarlett R. Martens and against defendant Commissioner of Social Security.

DATED: 02-19-2020

MARGARET M. ROBERTIE
**Clerk of Court**

BY: _____
**Deputy Clerk**

**Approved:**
**s/ Donald G. Wilkerson**
Donald G. Wilkerson
**U.S. Magistrate Judge**